McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| FRANCISCO R. AZEVEDO, <br><br> Plaintiff, <br><br> vs. <br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:19-cv-01073-KJN <br><br> STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from December 26, 2019, up to and including January 27, 2020. This is the parties' first stipulation for an extension.

    Defendant requests this extension in order to further consider the issues raised in Plaintiff's motion, which alleged error with respect to the ALJ's analysis of five medical opinions, Plaintiff's testimony, and lay witness evidence (Dkt. 12). In addition, the undersigned counsel has several conflicting deadlines, including a January 2, 2020 deadline for an appellate

brief draft that is currently on its third and final extension, and childcare responsibilities during scheduled leave and/or agency holidays on December 24th through 26th.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 23, 2019 /s/ Shellie Lott
(*as authorized via e-mail on December 19, 2019)
SHELLIE LOTT
Attorney for Plaintiff

Dated: December 23, 2019 McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Ellinor R. Coder
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

# ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 27, 2020, to respond to Plaintiff's Motion for Summary Judgment.

Dated: December 26, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1073.azev